FILED
'06 OCT 18 PM 3:21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDC  DEPUTY
BY:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TERESA OSUNA-ALCALA,<br><br>  Defendant. | Case No. 06CR0590-H<br><br>**ORDER AUTHORIZING**<br>**INTERIM BILLING** |

GOOD CAUSE APPEARING AND PREVIOUS APPLICATION HAVING BEEN MADE, IT IS HEREBY ORDERED that Jami L. Ferrara, Esq. and her investigator working on Ms. Osuna-Alcala's behalf be permitted to submit interim billings due to the length and complexity of the case.

SO ORDERED.

Date: 10/18/06

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE